# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| John E Randall | § | Case No. 15-38426 |
| Christine L Randall | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/11/2015 . The undersigned trustee was appointed on 11/11/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 16,282.95 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 260.84 |
| Bank service fees | 596.52 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 15,425.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/08/2016 and the deadline for filing governmental claims was 05/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,378.30 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,378.30 , for a total compensation of $ 2,378.30 [2] . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 141.13 , for total expenses of $ 141.13 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2018                    By: /s/Cindy M. Johnson, Trustee
                                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-38426 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John E Randall | | | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| | Christine L Randall | | | | 341(a) Meeting Date: | 12/10/2015 |
| For Period Ending: | 12/15/2018 | | | | Claims Bar Date: | 04/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 1494 Glenside Drive, Bolingbrook Il 60490 | 220,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Pnc Checking | 2,700.00 | 767.86 | | 767.86 | FA |
| 3. Pnc Savings | 2,100.00 | 83.13 | | 83.13 | FA |
| 4. 3 Beds, 2 Dressers, Kitchen Table & Chairs, Loveseat, 2 Sofa | 100.00 | 100.00 | | 0.00 | FA |
| 5. Two Ordinary Adult Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Ring And Costume Jewelry | 200.00 | 200.00 | | 0.00 | FA |
| 7. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Ira | 915.00 | 0.00 | | 0.00 | FA |
| 9. Ira | 671.00 | 0.00 | | 0.00 | FA |
| 10. 100% Ownership Of Randall Studio Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2012 Mazda 6 With 70000 Miles | 7,361.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Toyota Camry With 55000 Miles | 4,034.00 | 1,200.00 | | 1,200.00 | FA |
| 13. Anticipated Tax Refund For 2015 Tax Year (u) | Unknown | 3,980.00 | | 3,980.00 | FA |
| 14. Illinois Tax Refund For 2015 Tax Year (u) | Unknown | 250.00 | | 250.00 | FA |
| 15. Credit Card Refund (u) | 1.96 | 1.96 | | 1.96 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $238,582.96          $16,582.95          $16,282.95          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee received 2015 Federal tax refund.    Debtor buy back of certain assets approved 2/2/18 (doc 40).  All asset administered. Taxes filed & no action letter received. Trustee will be filing final report shortly

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Insufficient value to sell. |
| RE PROP # | 6 | -- | Insufficient value to sell |

Exhibit A

Initial Projected Date of Final Report (TFR): 03/28/2018    Current Projected Date of Final Report (TFR): 02/28/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-38426  
Case Name: John E Randall  
                Christine L Randall  

Taxpayer ID No: XX-XXX6710  
For Period Ending: 12/15/2018  

Trustee Name: Cindy M. Johnson, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0286  
           Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | 13 | United States Treasury<br>PO Box 51320<br>Philadelphia, Pnennsylvania 19115 | 2015 Tax Refund | 1224-000 | $2,705.00 | | $2,705.00 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,695.00 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,685.00 |
| 11/01/16 | | John E. Randall<br>1494 Glenside Dr<br>Bolingbrook, IL 60490-5498 | Buy out interest in the estate | | $13,575.99 | | $16,260.99 |
| | | | Gross Receipts       $13,575.99 | | | | |
| | 1 | | Location: 1494 Glenside Drive, Bolingbrook Il 60490       $10,000.00 | 1110-000 | | | |
| | 2 | | Pnc Checking       $767.86 | 1129-000 | | | |
| | 3 | | Pnc Savings       $83.13 | 1129-000 | | | |
| | 12 | | 2003 Toyota Camry With 55000 Miles       $1,200.00 | 1129-000 | | | |
| | 13 | | Anticipated Tax Refund For 2015 Tax Year       $1,275.00 | 1224-000 | | | |
| | 14 | | Illinois Tax Refund For 2015 Tax Year       $250.00 | 1224-000 | | | |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.08 | $16,239.91 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.07 | $16,215.84 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.10 | $16,191.74 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:    $16,280.99    $89.25

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-38426 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: John E Randall | Bank Name: | BOK Financial |
| Christine L Randall | Account Number/CD#: | XXXXXX0286 |
| | | Checking |
| Taxpayer ID No: XX-XXX6710 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/21/17 | 101 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $5.06 | $16,186.68 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.73 | $16,164.95 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.02 | $16,140.93 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.21 | $16,117.72 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.95 | $16,093.77 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.14 | $16,070.63 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.88 | $16,046.75 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.85 | $16,022.90 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.04 | $15,999.86 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.78 | $15,976.08 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.97 | $15,953.11 |
| 12/08/17 | 15 | PNC BANK<br>Pittsburgh, Pennsylvania 15265 | Refund-Credit Card Adjustment by PNC Bank | 1229-000 | $1.96 | | $15,955.07 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $1.96    $238.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-38426 | Trustee Name: | Cindy M. Johnson, Trustee |
| --- | --- | --- | --- |
| Case Name: | John E Randall | Bank Name: | BOK Financial |
| | Christine L Randall | Account Number/CD#: | XXXXXX0286 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6710 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.71 | $15,931.36 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.67 | $15,907.69 |
| 02/15/18 | 102 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $5.78 | $15,901.91 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.35 | $15,880.56 |
| 03/06/18 | 103 | Kim Wirtz 17011 Cheyenne Court Lockport IL 60441 | Administrative Expenses Per Court order | 3711-000 | | $250.00 | $15,630.56 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.36 | $15,607.20 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.44 | $15,584.76 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.16 | $15,561.60 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.38 | $15,539.22 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.09 | $15,516.13 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.06 | $15,493.07 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.28 | $15,470.79 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*     Page Subtotals:     $0.00     $484.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 15-38426 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: John E Randall | Bank Name: | BOK Financial |
| Christine L Randall | Account Number/CD#: | XXXXXX0286 |
| | | Checking |
| Taxpayer ID No: XX-XXX6710 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 12/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.99 | $15,447.80 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.21 | $15,425.59 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $16,282.95 | $857.36 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $16,282.95 | $857.36 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $16,282.95 | $857.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals:                    $0.00        $45.20

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0286 - Checking | $16,282.95 | $857.36 | $15,425.59 |
|  | $16,282.95 | $857.36 | $15,425.59 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $16,282.95 |
| Total Gross Receipts: | $16,282.95 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38426  
Debtor Name: John E Randall  
Claims Bar Date: 4/8/2016  

Date: December 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $2,378.30 | $2,378.30 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $141.13 | $141.13 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,011.00 | $2,011.00 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $28.20 | $28.20 |
| 100 3711 | Kim Wirtz<br>1215 9th Street<br>Lockport, IL 60441 | Administrative | | $0.00 | $250.00 | $250.00 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $8,270.00 | $8,269.97 | $8,269.97 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $12,986.00 | $12,985.91 | $12,985.91 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $3,817.00 | $4,214.21 | $4,214.21 |
| 4 300 7100 | Capital One Bank (Usa), N.A.<br>American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $6,482.07 | $6,793.07 | $6,793.07 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-38426  
Debtor Name: John E Randall  
Claims Bar Date: 4/8/2016  

Date: December 15, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $1,471.03 | $700.00 | $700.00 |
| 6 300 7100 | Cavalry Spv I, Llc Assign Ge Capital Retail Bank/Ebay 500 Summit Lake Drive, Ste 400 Valhalla, Ny 10595 | Unsecured | | $3,358.00 | $3,357.63 | $3,357.63 |
| 7 300 7100 | Citibank, N.A. C/O American Infosource Lp Po Box 248840 Oklahoma City, Ok 73124-8840 | Unsecured | | $17,052.00 | $18,658.33 | $18,658.33 |
| | Case Totals | | | $53,436.10 | $59,787.75 | $59,787.75 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-38426  
Case Name: John E Randall  
              Christine L Randall  
Trustee Name: Cindy M. Johnson, Trustee

      Balance on hand                                    $        15,425.59

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 2,378.30 | $ 0.00 | $ 2,378.30 |
| Trustee Expenses: Cindy M. Johnson | $ 141.13 | $ 0.00 | $ 141.13 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,011.00 | $ 0.00 | $ 2,011.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 28.20 | $ 0.00 | $ 28.20 |
| Other: Kim Wirtz | $ 250.00 | $ 250.00 | $ 0.00 |

      Total to be paid for chapter 7 administrative expenses            $        4,558.63  
      Remaining Balance                                                $       10,866.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,979.12 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,269.97 | $ 0.00 | $ 1,634.61 |
| 2 | American Infosource Lp As Agent For | $ 12,985.91 | $ 0.00 | $ 2,566.74 |
| 3 | Capital One Bank (Usa), N.A. | $ 4,214.21 | $ 0.00 | $ 832.96 |
| 4 | Capital One Bank (Usa), N.A. | $ 6,793.07 | $ 0.00 | $ 1,342.69 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | $ 700.00 | $ 0.00 | $ 138.36 |
| 6 | Cavalry Spv I, Llc Assign | $ 3,357.63 | $ 0.00 | $ 663.66 |
| 7 | Citibank, N.A. | $ 18,658.33 | $ 0.00 | $ 3,687.94 |

Total to be paid to timely general unsecured creditors $ 10,866.96

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE