UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Randall, John E | ) | CASE NO. 15-38426 |
| Randall, Christine L | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### CERTIFICATE OF SERVICE

     I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on February 12, 2019.

Cindy M. Johnson                           /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Alonzo H Zahour    ahzlawyer@aol.com

## Manual Notice List

See attached service list

## Service List

John E Randall
Christine L Randall
1494 Glenside Drive
Bolingbrook, IL 60490-5498

Alonzo H Zahour
Law Office of Alonzo H. Zahour
235 Remington Boulevard Suite G1
Bolingbrook, IL 60440-3686

ARS National Services
PO Box 469046
Escondido, CA 92046-9046

Adventist Bolingbrook Hospital
500 Remington Blvd
Bolingbrook, IL 60440-4988

Advocate Good Samaritan Hospital
PO Box 3039
Oak Brook, IL 60522-3039

Alliance One
4850 St Rd Suite 300
Feasterville Trevose, PA 19053-6643

American Coradius International
2420 Sweet Home Road Suite 150
Buffalo, NY 14228-2244

American InfoSource LP as agent for
TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Best Buy Credit Services
PO Box 790441
Saint Louis, MO 63179-0441

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
c/o Blitt and Gaines
661 Glenn Ave
Wheeling, IL 60090-6017

Capital One Bank (USA), N.A.
American Infosource Lp as agent
PO Box 71083
Charlotte, NC 28272-1083

Car Max Auto Finance
PO Box 440609
Kennesaw, GA 30160-9511

Cavalry SPV I, LLC assign
GE Capital Retail Bank/ebay
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase
PO Box 15298
Wilmington, DE 19850-5298

Chase Bank One
PO Box 15298
Wilmington, DE 19850-5298

Citi Cards
PO Box 6500
Sioux Falls, SD 57117-6500

CitiMortgage
PO Box 8003
South Hackensack, NJ 07606

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK 73124-8840

Creditor Service of Morgan
PO Box 58
Fort Morgan, CO 80701-0058

Dependon Collection
4415 Harrison St
Hillside, IL 60162-1910

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DuPage Medical
15921 Collections Center Drive
Chicago, IL 60693-0159

DuPage Valley Anesthesia
PO Box 3872
Carol Stream, IL 60132-3872

Edward Hospital
801 S Washington
Naperville, IL 60540-7499

GECRB Ebay
c/o Cavalry Portfolio Services
PO Box 520
Valhalla, NY 10595-0520

Illinois Emergency Medical Spec
c/o Merchants Credit Guide
223 W Jackson Blvd Suite 700
Chicago, IL 60606-6914

Illinois Heart and Vascular
c/o ATG Credit
PO Box 14895
Chicago, IL 60614-8542

LTD Financial Services
7322 Southwest Freway Suite 1600
Houston, TX 77074

Malcolm S Gerald and Assoc
332 S Michigan Ave Suite 600
Chicago, IL 60604-4318

Midwest ENT Consultants
0N025 Winfield Road Suite 519
Winfield, IL 60190-1237

North American Credit Service
PO Box 182221
Chattanooga, TN 37422-7221

PNC Bank
PO Box 3429
Pittsburgh, PA 15230-3429

PNC Bank
PO Box 609
Pittsburgh, PA 15230-0609

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101-4982

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Phillips & Cohen Assoc
Mail Stop 61
1002 Justison St
Wilmington, DE 19801-5148

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

Suburban Radiologists SC
1446 Momentum Place
Chicago, IL 60689-5314

Sunrise Credit Services
PO Box 9100
Farmingdale, NY 11735-9100

Synchrony Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TD Bank USA
c/o Northland Group Inc
PO Box 390846
Minneapolis, MN 55439-0846

United Collection Bureau
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501

Van Ru Credit Corp
1350 E Touhy Ave Suite 300E
Des Plaines, IL 60018-3342

Viking Client Services
7500 Office Ridge Circle
Eden Prairie, MN 55344-3782

Village of Bolingbrook
PO Box 88850
Carol Stream, IL 60188-0850